IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13-mj-109 1

FILED IN OPEN COURT
ON 4/16/2014
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. )   ORDER FOR DISMISSAL
)   WITHOUT PREJUDICE
ETHAN R. Kime )
)
)

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason:

JAMES KUROSAD
Assistant US Attorney
US Attorney's Office, Criminal Division
310 New Bern Ave., Suite 800
Raleigh, NC 27601
Telephone: 919-856-4465

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This the _16_ day of __April__, 2014.

United States Magistrate Judge